Patrick H. Hicks, Esq.
Nevada Bar No. 4632
Shannon Chao, Esq.
Nevada Bar No. 16821
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
phicks@littler.com
schao@littler.com

Attorneys for Defendant
TERRIBLE HERBST, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRIE LOCKAMY,<br><br>                    Plaintiff,<br><br>          v.<br><br>TERRIBLE HERBST, INC., a Nevada corporation; JOSEPH SPANGLO, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:26-cv-01842-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>**(FIRST REQUEST)** |

Plaintiff CARRIE LOCKAMY ("Plaintiff") by and through her attorney of record, Lawrence W. Freiman, Esq., of Freiman Legal; and Defendant TERRIBLE HERBST, INC. ("Defendant") (collectively, "the Parties"), by and through its attorneys of record, Patrick H. Hicks, Esq., and Shannon Chao, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendant to respond to Plaintiff's Complaint up to and including **July 28, 2026.**[1]

This extension is necessary because Defendant's counsel was just retained, and this additional time would provide adequate time for Defendant's counsel to become familiar with

_____

[1] To the Parties' knowledge, Defendant Joseph Spanglo has not yet been served as of the time of this filing. To the extent Mr. Spanglo has been served, his response to Plaintiff's Complaint will be due no earlier than July 28, 2026.

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, NV 89113
702-862-8800

the allegations in the Complaint and to prepare a response.

This is the first request for an extension of time to respond to the Complaint.  This request is made in good faith and not for the purpose of delay.

Dated: July 13, 2026                            Dated:  July 13, 2026

FREIMAN LEGAL                          LITTLER MENDELSON, P.C.

/s/ Lawrence W. Freiman                  /s/ Shannon Chao
Lawrence W. Freiman, Esq.             Patrick H. Hicks, Esq.
Attorney for Plaintiff                        Shannon Chao, Esq.
CARRIE LOCKAMY

Attorneys for Defendant
TERRIBLE HERBST, INC.

**IT IS SO ORDERED.**

Dated: July 14, 2026

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, NV 89113
702.862.8800