Lawrence W. Freiman, Esq.
Nevada Bar No. 10588
FREIMAN LEGAL
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (310) 917-1004
Facsimile: (310) 300-2603
lawrence@freimanlegal.com

Attorney for Plaintiff
CARRIE LOCKAMY

Patrick H. Hicks, Esq.
Nevada Bar No. 4632
Shannon Chao, Esq.
Nevada Bar No. 16821
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
phicks@littler.com
schao@littler.com

Attorneys for Defendant
TERRIBLE HERBST, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRIE LOCKAMY,<br><br>Plaintiff,<br><br>v.<br><br>TERRIBLE HERBST, INC., a Nevada corporation; JOSEPH SPANGLO, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01842-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT JOSEPH SPANGLO** |

Plaintiff CARRIE LOCKAMY and Defendant TERRIBLE HERBST, INC., by and through their respective counsel of record, hereby stipulate and agree to dismiss Defendant Joseph

Spanglo from this action without prejudice. Each party will bear its own costs and fees as to Mr. Spanglo's dismissal.

Dated: November 24, 2026

FREIMAN LEGAL

/s/ Lawrence W. Freiman
Lawrence W. Freiman, Esq.

Attorney for Plaintiff
CARRIE LOCKAMY

Dated: November 24, 2026

LITTLER MENDELSON, P.C.

/s/ Shannon Chao
Patrick H. Hicks, Esq.
Shannon Chao, Esq.

Attorneys for Defendant
TERRIBLE HERBST, INC.

**IT IS SO ORDERED.**

Dated: November 25, 2026.

UNITED STATES MAGISTRATE JUDGE